UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Joseph F. Galibois

     v.                              Civil No. 04-cv-444-JD

John Fisher, Sergeant,
Nashua Police Department


PROCEDURAL ORDER

This case shall be scheduled for a preliminary pretrial

conference before the magistrate judge who shall issue an

appropriate scheduling order.

SO ORDERED.


Joseph A. DiClerico, Jr.
United States District Judge

May 2, 2006

cc: Joseph F. Galibois, pro se
    Brian J.S. Cullen, Esquire

Dockets.Justia.com