UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Joseph F. Galibois

    v.                            Civil No. 04-cv-444-JD

John Fisher, Sergeant,
Nashua Police Department

PROCEDURAL ORDER

This case shall be scheduled for a preliminary pretrial conference before the magistrate judge who shall issue an appropriate scheduling order.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

May 2, 2006

cc: Joseph F. Galibois, pro se
    Brian J.S. Cullen, Esquire